IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 20-377 |
| v. | **[UNDER SEAL** |
| DOMINIC QUARTURE | |

ARRAIGNMENT PLEA

Defendant DOMINIC QUARTURE

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)