CR 20-377

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__          Erie _____          Johnstown _____

Related to No. 20-190; U.S. v Anthony Peluso, et al; U.S. v Jeffrey    Judge   Robert J. Colville
Kushik, et al (both to be indicted on same day)

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. _X_ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name:                    BILL RANA

Is indictment waived:        ____ Yes    _X_ No

Pretrial Diversion:          ____ Yes    _X_ No

Juvenile proceeding:         ____ Yes    _X_ No

Defendant is:                _X_ Male    ____ Female

Superseding indictment or information    ____ Yes    _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited
occurred:                    Allegheny County

Previous proceedings before
Magistrate Judge:            _____

Case No.:                    _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | |
| Defendant: | ____ is in custody | _X_ is not in custody |
| Name of Institution: | | |
| Custody is on: | ____ this charge | ____ another charge |
| | ____ another conviction | |
| | ____ State | ____ Federal |
| Detainer filed: | ____ yes | ____ no |
| Date detainer filed: | | |
| Total defendants: | 9 | |
| Total counts: | 3 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | BILL RANA | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance | X |
| 2 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance | X |

## FORFEITURE ALLEGATION

I certify that to the best of my knowledge the above entries are true and correct.

DATE:   December 1, 2020                         s/Rebecca L. Silinski
                                                 REBECCA L. SILINSKI
                                                 Assistant U.S. Attorney
                                                 PA ID No. 320774