*CR 20-377*

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh ___ X ___          Erie _____          Johnstown _____

Related to No.   20-190; U.S. v Anthony Peluso, et al; U.S. v Jeffrey        Judge        Robert J. Colville
Kushik, et al (both to be indicted on same day)

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:   1.   _____ Narcotics and Other Controlled Substances
            1a.   __X__ Narcotics and Other Controlled Substances
                         (3 or more Defendants)
            2.   _____ Fraud and Property Offenses
            2a.   _____ Fraud and Property Offenses
                         (3 or more Defendants)
            3.   _____ Crimes of Violence
            4.   _____ Sex Offenses
            5.   _____ Firearms and Explosives
            6.   _____ Immigration
            7.   _____ All Others

Defendant's name:                    ERIC ARMES _____

Is indictment waived:                _____ Yes        __X__ No

Pretrial Diversion:                  _____ Yes        __X__ No

Juvenile proceeding:                 _____ Yes        __X__ No

Defendant is:                        __X__ Male       _____ Female

Superseding indictment or information   _____ Yes     __X__ No

Previous case number: _____

If superseding, previous case was/will be:

            _____ Dismissed on defendant's motion
            _____ Dismissed on governments' motion
            _____ After appellate action
            _____ Other (explain)

County in which first offense cited
occurred:                    Allegheny County _____

Previous proceedings before
Magistrate Judge:            _____

            Case No.:        _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S.
custody began: _____

Defendant:                    _____ is in custody      X   is not in custody

Name of Institution: _____

Custody is on:                _____ this charge      _____ another charge

                              _____ another conviction

                              _____ State            _____ Federal

Detainer filed:               _____ yes              _____ no

Date detainer filed: _____

Total defendants:             9

Total counts:                 3

Data below applies to defendant No.:   2

Defendant's name:             ERIC ARMES _____

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|-------|-----------|---------|--------|
| 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance | X |

## FORFEITURE ALLEGATION

I certify that to the best of my knowledge the above entries are true and correct.
DATE: _____December 1, 2020_____        *s/Rebecca L. Silinski* _____
                                        REBECCA L. SILINSKI
                                        Assistant U.S. Attorney
                                        PA ID No. 320774