*CR 20-377*

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh ___X___          Erie _____          Johnstown _____

Related to No.  20-190; U.S. v Anthony Peluso, et al; U.S. v Jeffrey          Judge          Robert J. Colville
           Kushik, et al (both to be indicted on same day)          _____

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:  1.  _____  Narcotics and Other Controlled Substances
             1a.  __X__  Narcotics and Other Controlled Substances
                          (3 or more Defendants)
             2.  _____  Fraud and Property Offenses
             2a.  _____  Fraud and Property Offenses
                          (3 or more Defendants)
             3.  _____  Crimes of Violence
             4.  _____  Sex Offenses
             5.  _____  Firearms and Explosives
             6.  _____  Immigration
             7.  _____  All Others

Defendant's name:          HASANI JAMES _____

Is indictment waived:          _____ Yes          _X_ No

Pretrial Diversion:          _____ Yes          _X_ No

Juvenile proceeding:          _____ Yes          _X_ No

Defendant is:          _X_ Male          _____ Female

Superseding indictment or information          _____ Yes          _X_ No

Previous case number: _____

If superseding, previous case was/will be:

             _____ Dismissed on defendant's motion
             _____ Dismissed on governments' motion
             _____ After appellate action
             _____ Other (explain)

County in which first offense cited
occurred:          Allegheny County _____

Previous proceedings before
Magistrate Judge:          _____

Case No.:          _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S.
custody began: _____

Defendant:     __X__ is in custody     _____ is not in custody

Name of Institution:     SCI Greene _____

Custody is on:     _____ this charge     __X__ another charge

                           _____ another conviction

                      __X__ State     _____ Federal

Detainer filed:     _____ yes     __X__ no

Date detainer filed: _____

Total defendants:     __9__

Total counts:     __3__

Data below applies to defendant No.:     __4__

Defendant's name:     HASANI JAMES _____

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|-------|-----------|---------|--------|
| 2 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance | X |

FORFEITURE ALLEGATION

I certify that to the best of my knowledge the above entries are true and correct.

DATE:     December 1, 2020         *s/Rebecca L. Silinski*
                                           REBECCA L. SILINSKI
                                           Assistant U.S. Attorney
                                           PA ID No. 320774