CR 20-377

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__    Erie _____    Johnstown _____

Related to No.  20-190; U.S. v Anthony Peluso, et al; U.S. v Jeffrey    Judge    Robert J. Colville
               Kushik, et al (both to be indicted on same day)

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. _X_ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name:                    CODY BONANNO

Is indictment waived:         ____ Yes    _X_ No

Pretrial Diversion:           ____ Yes    _X_ No

Juvenile proceeding:          ____ Yes    _X_ No

Defendant is:                 _X_ Male    ____ Female

Superseding indictment or information    ____ Yes    _X_ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred:    Allegheny County

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: ____ is in custody    _X_ is not in custody

Name of Institution: _____

Custody is on: ____ this charge    ____ another charge

____ another conviction

____ State    ____ Federal

Detainer filed: ____ yes    ____ no

Date detainer filed: _____

Total defendants: 9

Total counts: 3

Data below applies to defendant No.: 5

Defendant's name: CODY BONANNO

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance | X |

## FORFEITURE ALLEGATION

I certify that to the best of my knowledge the above entries are true and correct.

DATE: December 1, 2020

s/Rebecca L. Silinski
REBECCA L. SILINSKI
Assistant U.S. Attorney
PA ID No. 320774