CR 20-377

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__        Erie _____        Johnstown _____

Related to No.  20-190; U.S. v Anthony Peluso, et al; U.S. v Jeffrey        Judge    Robert J. Colville
                Kushik, et al (both to be indicted on same day)

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:  1.  ____  Narcotics and Other Controlled Substances
           1a. __X__ Narcotics and Other Controlled Substances
                     (3 or more Defendants)
           2.  ____  Fraud and Property Offenses
           2a. ____  Fraud and Property Offenses
                     (3 or more Defendants)
           3.  ____  Crimes of Violence
           4.  ____  Sex Offenses
           5.  ____  Firearms and Explosives
           6.  ____  Immigration
           7.  ____  All Others

Defendant's name:                          PHILLIP BONANNO

Is indictment waived:           ____ Yes        __X__ No

Pretrial Diversion:             ____ Yes        __X__ No

Juvenile proceeding:            ____ Yes        __X__ No

Defendant is:                   __X__ Male      ____ Female

Superseding indictment or information  ____ Yes    __X__ No

                Previous case number: _____

If superseding, previous case was/will be:

       _____ Dismissed on defendant's motion
       _____ Dismissed on governments' motion
       _____ After appellate action
       _____ Other (explain)

County in which first offense cited
occurred:                       Allegheny County

Previous proceedings before
Magistrate Judge:               _____

       Case No.:                _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | _____ |
| Defendant: | ____ is in custody | _X_ is not in custody |
| Name of Institution: | | _____ |
| Custody is on: | ____ this charge | ____ another charge |
| | ____ another conviction | |
| | ____ State | ____ Federal |
| Detainer filed: | ____ yes | ____ no |
| Date detainer filed: | _____ | |
| Total defendants: | 9 | |
| Total counts: | 3 | |
| Data below applies to defendant No.: | 6 | |
| Defendant's name: | PHILLIP BONANNO | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance | X |
| 2 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance | X |

## FORFEITURE ALLEGATION

I certify that to the best of my knowledge the above entries are true and correct.

DATE: December 1, 2020

*s/Rebecca L. Silinski*
REBECCA L. SILINSKI
Assistant U.S. Attorney
PA ID No. 320774