## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__          Erie _____          Johnstown _____

Related to No.  20-190; U.S. v Anthony Peluso, et al; U.S. v Jeffrey      Judge      Robert J. Colville
                Kushik, et al (both to be indicted on same day)

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:   1.   ____   Narcotics and Other Controlled Substances
            1a.  __X__  Narcotics and Other Controlled Substances
                        (3 or more Defendants)
            2.   ____   Fraud and Property Offenses
            2a.  ____   Fraud and Property Offenses
                        (3 or more Defendants)
            3.   ____   Crimes of Violence
            4.   ____   Sex Offenses
            5.   ____   Firearms and Explosives
            6.   ____   Immigration
            7.   ____   All Others

Defendant's name:                              PATRICK RIZZO

Is indictment waived:                 ____ Yes        _X_ No

Pretrial Diversion:                   ____ Yes        _X_ No

Juvenile proceeding:                  ____ Yes        _X_ No

Defendant is:                         _X_ Male        ____ Female

Superseding indictment or information ____ Yes        _X_ No

                    Previous case number: _____

If superseding, previous case was/will be:

            _____ Dismissed on defendant's motion
            _____ Dismissed on governments' motion
            _____ After appellate action
            _____ Other (explain)

County in which first offense cited
occurred:                           Allegheny County

Previous proceedings before
Magistrate Judge:

        Case No.:

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | |
| Defendant: | ____ is in custody | _X_ is not in custody |
| Name of Institution: | | |
| Custody is on: | ____ this charge | ____ another charge |
| | ____ another conviction | |
| | ____ State | ____ Federal |
| Detainer filed: | ____ yes | ____ no |
| Date detainer filed: | | |
| Total defendants: | 9 | |
| Total counts: | 3 | |
| Data below applies to defendant No.: | 9 | |
| Defendant's name: | PATRICK RIZZO | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 3 | 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon | X |

## FORFEITURE ALLEGATION

I certify that to the best of my knowledge the above entries are true and correct.

DATE: December 1, 2020

*s/Rebecca L. Silinski*
REBECCA L. SILINSKI
Assistant U.S. Attorney
PA ID No. 320774